**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-7688**

_____

1STARR DALTON,

                    Plaintiff - Appellant,

          v.

WEST VIRGINIA DIVISION OF CORRECTIONS; DAVID BALLARD,
Warden; JIM RUBENSTEIN; JASON COLLINS, Captain (pty);
MARGARET CLIFFORD, Lieutenant; JAMES MCCLOUD, Lieutenant;
BRIAN MATTOX, Sergeant; CURTIS DIXON, Sergeant; CLINTON
RYAN, Corporal; NATE KENDRICK, Corporal; MICHAEL ANGEL;
GARRATTE ADAMS; BRIAN GREENWOOD,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Joseph R. Goodwin,
Chief District Judge.  (2:08-cv-00335)

_____

Submitted:  April 15, 2010              Decided:  May 19, 2010

_____

Before TRAXLER, Chief Judge, and WILKINSON and NIEMEYER, Circuit
Judges.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

1Starr Dalton, Appellant Pro Se. David Edward Schumacher, Jason
Alan Winnell, BAILEY & WYANT, PLLC, Charleston, West Virginia,
for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Starr Dalton appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. The district court properly required exhaustion of administrative remedies under 42 U.S.C. § 1997e(a) (2006). Because Dalton did not demonstrate to the district court that he exhausted his administrative remedies or that such remedies were not available, the district court's dismissal was not an abuse of discretion. Accordingly we affirm the district court's order, which is modified to reflect that the dismissal was without prejudice to Dalton's right to refile his complaint after he has exhausted his administrative remedies. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED